# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2133
_____

DARRIUES PRINCE ALEXANDER
HEPBURN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

January 15, 2025

PER CURIAM.

DISMISSED. Because the direct appeal from judgment and sentence is still pending review with the Florida Supreme Court, the petition alleging ineffective assistance of appellate counsel is premature. *See Shirah v. State*, 285 So. 3d 375 (Fla. 1st DCA 2019) (denying petition alleging ineffective assistance of appellate counsel as premature because judgment and sentence had not yet become final).

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Darriues Prince Alexander Hepburn, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.